1432

## MERIT DOCKET

**98–2131.  State v. Ingram.**
Hamilton App. No. C–970687.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  This cause is therefore dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2132.  State v. Knapp.**
Hamilton App. No. C–970690.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  This cause is therefore dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2133.  State v. Grandstaff.**
Hamilton App. No. C–970684.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  This cause is therefore dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2136.  State v. Brown.**
Hamilton App. No. C–970693.  On review of order certifying a conflict.  The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).  This cause is therefore dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.